IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EYOB HABTE BAHTA
(A# 212-997-038),

    *Petitioner,*

v.

    Case No. 2:19-cv-00210 JB/KBM

KIRSTJEN NIELSEN, in her official
capacity as Secretary of the U.S.
Department of Homeland Security;
RONALD D. VITIELLO, in his official
capacity as Deputy Director and Senior
Official Performing the Duties of Director
of U.S. Immigration and Customs
Enforcement; WILLIAM BARR, in his
official capacity as Attorney General of the
United States; FLOYD SAM FARMER, in
his official capacity as Acting Field Office
Director, El Paso Field Office, U.S.
Immigration and Customs Enforcement;
JONATHAN FREEDMAN, in his official
capacity as Supervisory Detention and
Deportation Officer, U.S. Immigration and
Customs Enforcement, Otero County
Processing Center; DORA OROZCO, in her
official capacity as Warden of the Otero
County Processing Center,

    *Respondents.*

## ORDER TO ANSWER

This Court, having reviewed the Petition (Doc. 1) and the Motion for Order to Show Cause (Doc. 2), hereby orders that the Clerk shall forward to Respondents and to the United States Attorney a copy of Mr. Habte Bahta's Petition for a Writ of Habeas Corpus.

The Court further orders that the Respondents shall file an answer to the Petition with this Court within **twenty-three days** of entry of this Order, to show cause why a Writ of Habeas Corpus should not be issued, as is prayed for, and that the Petitioner, Mr. Habte Bahta, file a

reply with this Court, if desired, within **fourteen days** of Respondent's answer. The Court will set a hearing, if needed, at a later time.

Signed March 18, 2019.

_____
**HONORABLE KAREN B. MOLZEN**
**UNITED STATES MAGISTRATE JUDGE**